IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

v.                                              **CRIMINAL NO. 4:23-cr-00116-SA-JMV**

**RONNELL PRATT**
**JARVIS HOOD**                                                        **DEFENDANTS**

## MOTION TO CONTINUE TRIAL SETTING OF JULY 15, 2024

Comes now, the United States of America, by and through the United States Attorney for the Northern District of Mississippi, and respectfully moves this Court for a continuance of the trial setting. In support, the United States shows as follows:

1. The trial in this cause is presently scheduled for July 15, 2024. This is the fourth setting of this matter for trial by the Court.

2. The investigation giving rise to this case was conducted by the Chicago Field Division of the Bureau of Alcohol, Tobacco, Firearms and Explosives. The lead case agent and additional case agent are currently unavailable to travel to the Northern District of Mississippi the week of July 15, 2024, one due to personal leave and the other due to a significant work event.

3. Therefore, the government requests a continuance of the trial to the earliest possible setting convenient to the Court.

4. The relief is not sought for the purposes of delay. The interests of justice would be served by a continuance. The government represents that Mr. Pratt is released on bond and upon information and belief, Mr. Hood is currently serving in state custody until December 9, 2032.

5. The undersigned has contacted counsel for Mr. Pratt and counsel for Mr. Hood who both advised there is no objection to the relief sought.

Respectfully submitted, this, the 28th day of June, 2024.

            CLAY JOYNER
            United States Attorney

By:   */s/ Julie Howell Addison*
       JULIE HOWELL ADDISON
       Assistant United States Attorney
       Mississippi Bar No. 103573
       900 Jefferson Avenue, Oxford MS 38655
       662.234.3351
       Julie.Addison@usdoj.gov

**Certificate of Service**

I, Julie Howell Addison, Assistant United States Attorney for the Northern District of Mississippi, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of record.

This, the 28th day of June, 2024.

            */s/ Julie Howell Addison*
            JULIE HOWELL ADDISON
            Assistant United States Attorney