## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                             **CAUSE NO.  4:23cr116**

**RONNELL PRATT a/k/a "PJ"**

---

### RESPONSE TO COURT'S ORDER TO RESPOND TO GOVERNMENT'S
### REQUEST TO ADMIT RECORDS PURSUANT TO
### FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)

---

**COMES NOW**, the Defendant, **Ronnell Pratt a/k/a "PJ"**, by and through the undersigned counsel, William F. Travis, respectfully responds to this Court's Order to Respond to the Government's Request for Admissibility of Records, and will show unto this Court the following to-wit:

1. On August 26, 2024, the Government filed a Motin in Limine asking this Court to make a preliminary determination that "foundational pre-requisites have been met for admission of records under Rule 803(6) , through authentication pursuant to Rule 902(11).  See Motion in Limine, DE 68, pg. 174.

2. On September 12, 2024, this Court ordered Defendant Pratt's counsel to respond to the Government's request since this Court would likely benefit from a response.

3. On September 16, 2024, Counsel William F. Travis timely responded by email to Honorable Stephen Otey with this Court that counsel would have no objection to the authenticity of the documents addressed in the Government's Motion in Limine. Counsel does reserve the right to potentially raise objections to admissibility on other grounds but not as to authenticity.

RESPECTFULLY SUBMITTED, this the 23<u>rd</u> day of September, 2024.


**RONNELL PRATT, Defendant**


**BY: <u>/s/ William F. Travis</u>**
       **William F. Travis, MSB 8267**
       **8619 Highway 51 N.**
       **Southaven, MS 38671**
       **(662)393-9295**
       **(662)393-9414 fax**
       **bill@southavenlaw.com**


**CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing Joinder has this day been electronically mailed to all parties of record.

**THIS**, the 23<u>rd</u> day of September, 2024.


<u>/s/ William F. Travis</u>
William F. Travis, Certifying Attorney