IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CASE NO. 4:23-CR-116-SA

DERRICK STEWART, JR.  DEFENDANT

## EXHIBIT LIST

### Sentencing Hearing

| **Presiding Judge:** Sharion Aycock | **Attorney for Government:** Julie Howell Addison | | **Attorney for Defendant:** Maria Liu | |
|---|---|---|---|---|
| **Hearing:** 10/01/2024 | **Court Reporter:** Phyllis McLarty | | **Courtroom Deputy:** Tracy Wright | |
| Gov. | Def. | Date Offered | m | a | **Description of Exhibits** |
| 1 | | 10/01/2024 | X | X | Conversation Summary 4/27/2022 to 6/2/2022 |
| 2 | | 10/01/2024 | X | X | Conversation Summary 2/6/2022 to 5/31/2022 |
| 3 | | 10/01/2024 | X | X | Conversation Summary 3/5/2022 to 5/30/2022 |