FORM 2(f) (ND/SD MISS. DEC. 2016)

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN ▾ DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION ▾

USA

                     ,     )

                        )

         Plaintiff(s),    )

                        )

      vs.                  )     Case No. 4:23CR116 _____

DERRICK STEWART, ET AL      )

                 ,     )

                        )

      Defendant(s).    )

## NOTICE OF CONVENTIONAL FILING

☐ _____ is in paper form only and is being electronically filed under seal/or restriction by the Office of the Clerk pursuant to order filed on _____. This document has been manually served on all parties.

**OR**

☑ EXHIBIT 1          cannot be filed electronically. This document has been manually served on all parties.

                                    JULIE H. ADDISON (MSB 103573) _____

                                    Attorney for (Plaintiff)

                                    Address: 900 Jefferson Ave. _____

                                    Oxford, MS 38655 _____

                                    662-234-3351 _____

Date: 10/4/2024 _____