IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                      CRIMINAL NO.  4:23-CR-116

JARVIS HOOD                                                           DEFENDANT

EXHIBIT LIST

| Presiding Judge: Sharion Aycock | Attorneys for Government: Julie Howell Addison Samuel R. Stringfellow | | Attorney for Defendant: Victoria Valencia Washington |
|---|---|---|---|
| JURY TRIAL 10/21/2024 to 10/28/2024 | Court Reporter: Phyllis McLarty | | Courtroom Deputy: Tracy Wright |

| Gov. | Dft. | Date offered | m | a | Description of Exhibits |
|---|---|---|---|---|---|
| 1a** | | 10/21/24 | X | X | Stewart cell phone (1) |
| 1b** | | 10/21/24 | X | X | Stewart cell phone (2) |
| 2a** | | 10/21/24 | X | X | Glock firearm |
| 2b** | | 10/21/24 | X | X | Glock firearm |
| 3a** | | 10/21/24 | X | X | Glock firearm |
| 3b** | | 10/21/24 | X | X | Glock  firearm |
| 4 | | 10/21/24 | X | X | Text messages between CI and Deon Davis (28 pages) |
| 5 | | 10/21/24 | X | X | Still shots from surveillance footage taken from Academy Sports |
| 6 | | 10/21/24 | X | X | ATF Forms 4473 Firearm Transaction Records for 2 firearms purchased by Herbert Scott, Jr. with receipts |
| 7 | | 10/21/24 | X | X | ATF Forms 4473 Firearm Transaction Records for firearm purchased by Jarvis Hood on 9.21.2022 |
| 8 | | 10/21/24 | X | X | ATF Forms 4473 Firearm Transaction Records for 3 Glock firearms purchased by Jarvis Hood on 9.27.2022 |

| | | | | | |
|---|---|---|---|---|---|
| 9 | | 10/21/24 | X | X | ATF Forms 4473 Firearm Transaction Records for 2 Glock firearms purchased 9.21.2022 |
| 10 | | 10/21/24 | X | X | ATF Forms 4473 Firearm Transaction Records for firearms purchased from Renegade Firearms by Jalene Young |
| 11 | | 10/21/24 | X | X | ATF Forms 4473 Firearm Transaction Records for firearms purchased by Markeveon Brown |
| 12 | | 10/21/24 | X | X | ATF Forms 4473 Firearm Transaction Records for firearms purchased by Jalene Young at Sportsman, Inc. |
| 13 | | 10/22/24 | X | X | Summary charts based on toll records |
| 14* | | 10/22/24 | X | X | Raw Cell Site Data (wallet drive) |
| 15* | | 10/22/24 | X | | ID ONLY – Jarvis Hood Facebook Data |
| 16 | | 10/22/24 | X | X | Binder – Extracts from Jarvis Hood's Facebook Data |
| 17* | | 10/22/24 | X | X | Surveillance Footage from Renegade (wallet drive) |
| 18* | | 10/22/24 | X | X | Surveillance Footage from Academy (wallet drive) |
| 19 | | 10/22/24 | X | X | Amtrak Records for Jarvis Hood |
| 20 | | 10/22/24 | X | X | Amtrak Records for Derrick Stewart |
| 22 | | 10/22/24 | X | X | Firearm summary |
| 23* | | 10/22/24 | X | X | Facebook video sent by Jarvis Hood 9.30.2022 (wallet drive) |
| 24 | | 10/22/24 | X | X | Facebook subscriber information for Tariq St. Patrick |
| 25 | | 10/22/24 | X | X | Facebook subscriber information for Jarvis Hood |
| 26** | | 10/22/24 | X | X | Firearm |
| 27** | | 10/22/24 | X | X | Firearm |
| 28 | | 10/23/24 | X | X | Photographs of Firearms |
| 29 | | 10/23/24 | X | X | Text Message between Jalene Young and Derrick Stewart, Jr. |
| 30 | | 10/23/24 | X | X | Photos of firearm cases and firearm |
| 31 | | 10/23/24 | X | X | Text messages between Jalene Young and Derrick Stewart, Jr. |
| 32** | | 10/24/24 | X | X | Firearm recovered from Hood 9.28.2022 during Chicago arrest |
| 33** | | 10/24/24 | X | X | Firearm recovered 7.21.2022 in Chicago |

| 34** | | 10/24/24 | X | X | Firearm recovered during traffic stop in Chicago on 12.31.2022 |
|---|---|---|---|---|---|
| 35** | | 10/24/24 | X | X | Firearm recovered in Chicago on 4.10.2024 |
| 36 | | 10/24/24 | X | X | Text messages between Derrick Stewart, Jr., and Jarvis Hood extracted from Derrick Stewart, Jr.'s cell phone |
| 37 | | 10/24/24 | X | X | Text messages between Derrick Stewart, Jr., and Ronnell Pratt extracted from Derrick Stewart, Jr.'s cell phone |
| 38 | | 10/24/24 | X | X | Photos from text message exchange referenced in Government Exhibit 37 |
| 39 | | 10/24/24 | X | X | Excel Summary provided by Amtrak Police Department of PNR's for tickets |
| 40* | | 10/24/24 | X | X | ATF Interview with Jarvis Hood (wallet drive) |
| | 1* | 10/24/24 | X | X | Body cam video from Jarvis Hood Chicago Arrest 9.28.2022 (3 videos contained on flash drive numbered in the order they were played) |

\*       Government Exhibits 14, 15, 17, 18, 23, 40 and Defendant's Exhibit 1 are stored digitally.

\*\*       Government Exhibits 1a, 1b, 2a, 2b, 3a, 3b, 26, 27, 32, 33, 34, and 35 returned to ATF Special Agent Jeffrey Osburg on 10/28/2024.